## RECONSIDERATION OF PRIOR DECISIONS

**2002–0959. State ex rel. Underwood v. Indus. Comm.**
Franklin App. No. 01AP–930, 2002-Ohio-2227. Reported at 98 Ohio St.3d 287, 2003-Ohio-372, 782 N.E.2d 582. On motion for reconsideration. Motion denied.

**2002–1890. N. Olmsted v. Reagan.**
Cuyahoga App. No. 79627, 2002-Ohio-4426. Reported at 98 Ohio St.3d 1460, 2003-Ohio-644, 783 N.E.2d 520. On motion for reconsideration. Motion denied.

**2002–1926. Hall v. Forsyth.**
Montgomery App. No. 19252, 2002-Ohio-5129. Reported at 98 Ohio St.3d 1461, 2003-Ohio-644, 783 N.E.2d 520. On motion for reconsideration. Motion denied.

**2002–1942. State v. Satta.**
Marion App. No. 9–01–38, 2002-Ohio-5049. Reported at 98 Ohio St.3d 1461, 2003-Ohio-644, 783 N.E.2d 520. On motion for reconsideration. Motion denied.
  LUNDBERG STRATTON, J., would allow on Proposition of Law No. I.
  MOYER, C.J., and PFEIFER, J., would allow.

**2002–2050. Starks v. Globe Am. Cas. Co.**
Hamilton App. No. C–010631. Reported at 98 Ohio St.3d 1463, 2003-Ohio-644, 783 N.E.2d 521. On motion for reconsideration. Motion denied.

**2003–0057. State v. Kelly.**
Franklin App. No. 02AP–195, 2002-Ohio-5797. Reported at 98 Ohio St.3d 1459, 2003-Ohio-644, 783 N.E.2d 519. On motion for reconsideration. Motion denied.
  MOYER, C.J., dissents.

[Cite as *04/03/2003 Case Announcements,* 2003-Ohio-1693.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### *April 3, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–2015. State v. Weirtz.**
Delaware App. No. 02CAC06032, 2002-Ohio-5294. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Delaware County. Upon consideration of appellant's motion not to dismiss this cause for want of prosecution,
  IT IS ORDERED by the court that the motion be, and hereby is, granted.
  IT IS FURTHER ORDERED by the court that the appellee shall file its merit brief within thirty days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2003–0028. Katz v. Ohio Ins. Guar. Assn.**
Lucas App. No. L–02–1014, 2002-Ohio-6357. This cause is pending before the court as a discretionary appeal. On February 27, 2003, appellant filed a notice of supplemental authority. Whereas the notice contains additional argument as prohibited by S.Ct.Prac.R. III(3)(A),
  IT IS ORDERED by the court, sua sponte, that the notice of supplemental authority be, and hereby is, stricken.